**FILED**
CLERK, U.S. DISTRICT COURT

Sept. 8, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Gomez, | ) CASE NO.: 2:23-cv-03454-SVW-JC |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Ford Motor Company et al, | ) JS - 6 |
| Defendant. | ) |

Pursuant to the Offer of Judgment and the Acceptance, filed on September 8, 2023. Judgment is entered for plaintiff and against defendant, pursuant to the conditions set for in the Offer of Judgment.

DATE:  September 8, 2023

_PM Cruz_
Clerk of the Court